```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    JONESBORO DIVISION
```

ANNIE GARRETT for
  MYRON D. MOORE                                       Plaintiff

v.                            3:01CV00248 HLJ

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                Defendant

## ORDER

    Pursuant to the Mandate of the Court of Appeals, this case is hereby remanded to the Commissioner for further proceedings in accordance with the opinion of the Court of Appeals.

    IT IS SO ORDERED.

    DATED this 2nd day of June, 2006.


                                    _____
                                    UNITED STATES MAGISTRATE JUDGE